UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT S. GARNER, | ) |
| Plaintiff, | ) |
| | ) No.: 3:23-MC-28-KAC-JEM |
| v. | ) |
| GLOBAL PLASMA SOLUTIONS, INC., | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") entered on July 14, 2023 [Doc. 16]. On April 19, 2023, Global Plasma Solutions, Inc. ("GPS") filed a "Motion to Quash Subpoena" [Doc. 1] that Robert S. Garner served on Assured Bio Labs, LLC in connection with an action in the United States District Court for the District of Delaware [*See* Doc. 1-1 at 8-15]. The Court referred GPS's Motion to Judge McCook [Doc. 8]. On July 12, 2023, counsel for Robert S. Garner informed the Court that "he is withdrawing the March 29, 2023 subpoena to Assured Bio Labs, LLC" and that GPS's "Motion to Quash is now moot" [Doc. 15]. In her Report, Judge McCook recommends that the Court deny GPS's Motion as moot based on the representations of counsel to Robert S. Garner [*See* Doc. 16 at 2]. No Party has objected to the Report. And the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** Judge McCook's Report [Doc. 16] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court **DENIES** GPS's "Motion to Quash Subpoena" [Doc. 1] **AS MOOT**. Because no issues remain, the Court **DIRECTS** the Clerk of Court to close this miscellaneous case.

IT IS SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge